UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 AUG -1 PM 12: 22

CLERK, U.S. DISTRICT C...
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

UNITED STATES OF AMERICA, )
                          )
             Plaintiff,   )   No. 07CR1728-BEN
                          )
        vs                )   JUDGMENT OF DISMISSAL
                          )   (Rule 32(d)(1), Fed.R.Crim.P.)
RAYMOND FLORES-CARDENAS,  )
                          )
             Defendant,   )
                          )

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed against the defendant and the Court has granted the motion of the Government for dismissal of this case without prejudice; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of:

21:952 and 960, 18:2 - Importation of a Controlled Substance;Aiding and Abetting (Marijuana)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

DATED: 7/27/07

United States Magistrate Judge

ENTERED ON _____

K:\Common\Lewis\Criminal Forms and Documents\jdgdism.frm

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA.

| UNITED STATES OF AMERICA | ) | CASE NUMBER 07CR1728-BEN |
| vs | ) | ABSTRACT OF ORDER |
| Raymond Flores-Cardenas | ) | Booking No. 01208298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __7-27-07__ the Court entered the following order:

____ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $_____ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:

____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

__✓__ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

__✓__ Other. left to remain on bond on 07CR1973-BEN

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by  J. Flores  Deputy Clerk

Received _____ DUSM

Crim-9   (Rev 6-95)                                                                 ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY